# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MATTHEW R. DUGGER,** | ) | |
| Plaintiff, | ) | Case No. 1:23CV00037 |
| v. | ) | **JUDGMENT** |
| **EDDIE STILTNER,** | ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

A Motion to Dismiss having been granted, it is **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the defendant.

The Clerk shall close the case.

ENTER: November 6, 2023

/s/ JAMES P. JONES
Senior United States District Judge